IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION
AT MEMPHIS

RECEIVED 2020 SEP -8 AM 8:06

BY SPECIAL APPEARANCE ONLY & BY RIGHT,
AMBASSADOR MIKE PARSONS - A LIVE MAN
TSILHQOT'IN NATION - COUNTRY OF CHILCOTIN
ALL RIGHTS RESERVED, PLAINTIFF,

CASE # _____

V.

UNITED STATES OF AMERICA, CORPORATION,
U.S. DEPARTMENT OF JUSTICE, CORPORATION,
U.S. FEDERAL BUREAU OF PRISONS, CORPORATION,
FEDERAL CORRECTIONAL INSTITUTE IN MEMPHIS,
Et cetera,
Et al.,              DEFENDANTS,

---

## EMERGENCY
## PETITION FOR TEMPORARY RESTRAINING ORDER, SEEKING DECLARATORY AND INJUNCTIVE RELIEF

---

COMES NOW, AMBASSADOR Mike Parsons BY SPECIAL APPEARANCE ONLY AND BY RIGHT, AND PETITIONS THIS HONORABLE COURT FOR AN EMERGENCY TEMPORARY RESTRAINING ORDER, A DECLARATORY ORDER AND INJUNCTIVE RELIEF FOR GOOD CAUSE SHOWN AND IN THE INTEREST OF JUSTICE; TO WIT, THE ENDS OF JUSTICE ARE SERVED THEREBY,

THE FOLLOWING COMPLAINT SHOWS FACTS OF WILLFUL VIOLATIONS OF MY GOD GIVEN RIGHTS AS A LIVE MAN, AS A NATIVE AMERICAN MINISTER, VIOLATIONS OF THE RELIGIOUS FREEDOMS RESTORATION ACT, AS AN AMBASSADOR AND RECOGNIZED INTERNATIONALLY PROTECTED PERSON VIA 18 USC 1116(b)(2)(3)(4), THE VIENNA CONVENTION AND THEIR OWN POLICY,

/1.

## COMPLAINT

On August 20, 2019 I arrived at Federal Correctional Institution (FCI) at Memphis Tennessee and carried therein by force against my will. I was immediately interviewed by a nurse, Ms. Gaia and an onlooker, Mr. Boykin who is not a nurse and I was never seen by a doctor. I advised them of my medical history, including the fact that I was vaccine injured in the 3rd grade by an MMR (measles, mumps, rubella) shot, that I was evaluated by several doctors due to my developing an autoimmune response. They identified me as hyper-sensitive to the adjuvants in the vaccine and I developed never before experienced allergies to everything and I was forced to repeat the third grade due to complications. At that time, the doctors deemed vaccines or anything containing chemicals or adjuvants was "contraindicated" for the rest of my life. As such, I have never had any TB test, vaccines or injections of any kind. I advised them that I had been advised by FedEx that due to exposure to radiation while I worked with them, that I should not be exposed to any more radiation, that it also was deemed "contraindicated" and as such, I have not been exposed to any radiation, not even for a dental exam. I advised them that it is against my religion to put anything into my body that I know is harmful, that I am naturopathic and do not use any pharmaceutical drugs. I use only God made, natural elements. I reminded them that I had been held captive for 3 1/2 years in 8 different jails or federal detention centers and all had recognized my medical contraindications and religion and not forced any medical test upon me. However, they became hostile to my medical condition and insulting toward my religion which both are well documented. When they demanded I submit to a TB injection or ex-ray I reminded them of the medical contraindications and advised them that I was not ever exposed to TB and not symptomatic but I would allow the alternative urine test or breathalyzer test to verify I do not have TB. Both are non-invasive, both cost 1/3 the cost of the Avartis injection and both have greater accuracy than the Avartis injection, nor are they against my religion. The Avartis injection contains Tween-80 and phenol, known carcinogens.

2.

However, they ignored my medical contraindications, my religious convictions and the alternatives and placed me into the hole for refusing the TB injection. Then I was assaulted by Mr. Boykin and his 6 man goon squad who shackled me and held me down while Boykins injected me with an unknown substance. Since then, I have been sick with flu like symptoms 3 times and pneumonia for 14 days. Considering I had not been sick in the previous 25 years, I consider my compromised immune system directly linked to the injection. On the last occasion I went to the clinic with sever flu symptoms, I was sitting on the floor with my head covered to block the light and sound and to stay warm. I was freezing with a sever head ach and sensitive to light when Mr. Boykin began yelling at me to move. I did. Then he demanded I remove my coat. As I was moving to sit up he hit me in the head and snatched the coat off of me. That was the 2nd assault upon me by Mr. Boykin. Now I am advised Mr. Boykin will forceably inject me again with the Avartis chemical cocktale despite my medical contraindications and the reactions to the last one, and despite the policy prohibiting their forcing any medical test upon me if any contraindication exist. Notice was given 8/28/2020. (See affidavit)

Therefore, this EMERGENCY PETITION FOR A TEMPORARY RESTRAINING ORDER AND INJUNCTION BARING THE DEFENDANTS, who's employee includs Mr. Boykin from threatening or attempting to commit any act of injecting me with any vaccine or chemical or any other contraindicated form of test to prevent further injury to me is necessary. Failure to provide this relief for an immediate restraining order will result in irreparable injury and time simply does not permit notification to defendants and or holding a hearing. (Fed. R. Civil P. 65)

Efforts seeking an administrative remedy have been delayed now for over a year and a review of write-up and responses to my grievances reveals application of policy that does not exist in an attempt to cover up

3.

THE ASSAULT UPON ME BY FCI-MEMPHIS STAFF WHO ARE HOSTILE TO MY ASSERTING MY GOD GIVEN RIGHTS INCLUDING FREEDOM OF RELIGION AND FREEDOM OF CONSCIENCE, BOTH RECOGNIZED IN THE 1ST AND 9TH AMENDMENTS. THEY ARE ALSO HOSTILE TO MY ASSERTING MY DIPLOMATIC IMMUNITIES AND KNOWLEDGE OF EXCLUSIONS TO FORCED MEDICAL PROCEDURES THAT CONTRAINDICATED AS LISTED IN THEIR OWN POLICY WHICH THEY WILLFULLY IGNORED. AS SUCH THEY INJURED ME AND THEN CONCOCTED A SCHEME TO EXTORT ME INTO SILENCE. ALSO, THE DISCIPLINARY HEARING OFFICER STATED IN SECTION V PARAGRAPH 6 OF HIS REPORT, "IT'S AGAINST MY RELIGION TO STICK NEEDLES IN MY ARM, SO I ADMIT I DID NOT ALLOW A DNA SAMPLE TO BE TAKEN." THIS IS AN EXAMPLE OF HIS DECEPTION BY REPLACING THE WORD "TB TEST" WITH "DNA SAMPLE." GIVEN THE FACT THE TB TEST WAS AN INJECTION AND DNA SAMPLES ARE OBTAINED WITH A SWAB OF THE INSIDE OF THE MOUTH, IT IS CLEAR HE IS TRYING TO DETRACT FROM THE ATTACK UPON ME FOR A TB TEST CHEMICAL COCKTAIL WHICH IS CONTRAINDICATED AND EXEMPT BY POLICY. EVEN IF IT HAD BEEN A DENIAL FOR DNA, AT THAT TIME AND NOW, DNA IS, BY POLICY, ONLY REQUIRED TO BE TAKEN JUST PRIOR TO LEAVING AND THERE IS NO POLICY TO TAKE DNA THE 1ST DAY OF ARRIVAL, LET ALONE WITH A NEEDLE. FURTHERMORE, THE REGIONAL OFFICE REVIEW FALSELY CLAIMS AS A BASIS TO REJECT MY APPEAL IS THAT IT IS NOT LEGIBLE AND THAT IT WAS NOT SIGNED AND THERE WERE 3 PAGES OF APPEAL. HOWEVER, MY APPEAL WAS TYPED AND AUTOGRAPHED ON PAGE 3. ALSO, NO POLICY LIMITING MY APPEAL TO (1) PAGE EXIST. ALL OF THEIR REASONS ARE CLEARLY ARBITRARY. THEY HAVE ALL ACTED IN BAD FAITH. THEY CALL IT "SPIN." I CALL IT ABUSE OF POWER. (SEE ATTACHED APPEAL/ADMINISTRATIVE REMEDY)

THEREFORE, PETITIONER ALSO SEEKS A DECLARATORY ORDER THAT THE FEDERAL BUREAU OF PRISONS HAS NOT ACTED IN GOOD FAITH AND AS SUCH, PETITIONER HAS EXHAUSTED HIS ADMINISTRATIVE REMEDY AND SHALL MOVE/SEEK RELIEF FOR DAMAGES IN THE COURT AND EXERCISE HIS RIGHT TO SUE DEFENDANTS.

FOR THESE REASONS AND GOOD CAUSE SHOWN, I HEREBY MOVE THIS HONORABLE COURT TO ISSUE THESE ORDERS WHEREAS THE ENDS OF JUSTICE ARE SERVED THEREBY.

4.

## CERTIFICATE OF SERVICE

AS A MATTER OF RIGHT, BY SPECIAL APPEARANCE ONLY, PETITIONER, AMBASSADOR MIKE PARSONS OF THE SOVEREIGN TSILHQOT'IN NATION-COUNTRY OF CHILCOTIN, HEREBY CERTIFY THE FOREGOING WAS PLACED INTO THE INSTITUTIONAL MAIL SYSTEM, 1ST CLASS POSTAGE PAID CERTIFIED MAIL TO THE CLERK OF THE COURT, U.S. DISTRICT COURT 167 NORTH MAIN STREET MEMPHIS TENNESSEE 38103 THIS AUGUST 31, 2020 UNDER DURESS, WITHOUT PREJUDICE, ALL RIGHTS RESERVED. THIS IS NOT A WAIVER OF ANY RIGHT OR IMMUNITY, INCLUDING SOVEREIGN IMMUNITY AS AN INTERNATIONALLY PROTECTED PERSON.

/s/ ALL RIGHTS RESERVED

AMBASSADOR MIKE PARSONS
TSILHQOT'IN NATION - COUNTRY OF CHILCOTIN
c/o FCI-MEMPHIS, #30237047
P.O. BOX 34550
MEMPHIS, TENNESSEE [38184]

## CERTIFICATE OF EFFORTS

I, AMBASSADOR MIKE PARSONS FURTHER CERTIFY I HAVE SERVED NOTICE VERBALLY AND IN WRITING OF MY MEDICAL CONDITIONS THAT RENDER ALL VACCINES, INCLUDING TB TEST AND OTHERS WITH ADJUVANTS AND CHEMICALS AS "CONTRAINDICATED", WHICH IS AN EXEMPTION TO POLICY OF THE FEDERAL BUREAU OF PRISONS. HOWEVER, ALL NOTICES OF THESE CONDITIONS AND ASSAULTS AGAINST ME BY FCI-MEMPHIS STAFF WERE IGNORED. THIS IS NOT A WAIVER OF ANY RIGHT OR IMMUNITY, INCLUDING SOVEREIGN IMMUNITY AS AN INTERNATIONALLY PROTECTED PERSON.

/s/ ALL RIGHTS RESERVED

AMBASSADOR MIKE PARSONS
TSILHQOT'IN NATION - COUNTRY OF CHILCOTIN
c/o FCI-MEMPHIS, #30237047
P.O. BOX 34550
MEMPHIS, TENNESSEE [38184]