## AFFIDAVIT OF AMBASSADOR Mike Parsons

COMES NOW, AMBASSADOR MIKE PARSONS, AND STATES THE FOLLOWING

1. AS THE AMBASSADOR OF THE SOVEREIGN TSILHQOT'IN NATION-COUNTRY OF CHILCOTIN, I AM RECOGNIZED AS AN INTERNATIONALLY PROTECTED PERSON.

2. I HAVE NO CONTRACT WITH THE UNITED STATES OF AMERICA, U.S. DEPARTMENT OF JUSTICE, U.S. FEDERAL BUREAU OF PRISONS, FEDERAL CORRECTIONAL INSTITUTE IN MEMPHIS OR ANY AGENT OR AUXILIARY THEREOF.

3. I WAS VACCINE INJURED IN THE 3RD GRADE BY AN MMR, MEASLES, MUMPS, RUBELLA SHOT, WHEREBY I HAD AN AUTOIMMUNE RESPONSE AND WAS DIAGNOSED AS HYPERSENSITIVE TO THE VACCINE AND ADJUVANTS THEREIN, DEVELOPED ALLERGIES TO EVERYTHING AND WAS FORCED TO REPEAT THE 3RD GRADE.

4. THE DOCTORS DEEMED VACCINES OR ANYTHING CONTAINING ADJUVANTS OR CHEMICALS WERE "CONTRAINDICATED" FOR ME FOR THE REST OF MY LIFE.

5. WHILE WORKING FOR FEDERAL EXPRESS AS A RAMP AGENT AND HAZARDOUS MATERIALS SPECIALIST I WAS ADVISED BY A DOCTOR WORKING FOR FEDERAL EXPRESS THAT DUE TO EXPOSURE TO EXCESSIVE RADIATION, I SHOULD NOT BE EXPOSED TO ANY MORE RADIATION, FOR THE REST OF MY LIFE WHEREAS IT WAS DEEMED "CONTRAINDICATED".

6. UNTIL I ARRIVED AT FCI-MEMPHIS I HAD NEVER HAD ANY VACCINES OR INJECTIONS.

7. SINCE I LEFT FEDERAL EXPRESS IN 1984, I HAVE NEVER BEEN EXPOSED TO RADIATION.

8. ON 8/20/2019, I ARRIVED AT FCI-MEMPHIS AND CARRIED THEREIN BY FORCE AGAINST MY WILL, I AM HELD HOSTAGE BY AGENTS OF THE UNITED STATES.

9. ON 8/20/2019 I ADVISED FCI-MEMPHIS, MEDICAL NURSE GAIA AND MR. BOYKINS OF MY MEDICAL CONDITIONS, CONTRAINDICATIONS TO VACCINES, CHEMICALS AND X-RAYS.

10. ON OR ABOUT 8/31/2019 I WAS ASSAULTED BY MR. BOYKINS WHO WITH A 6 MAN GOON SQUAD, SHACKLED ME IN CHAINS, HELD ME DOWN AND INJECTED ME WITH AN UNKNOWN LIQUID IN MY RIGHT ARM AFTER MR. BOYKINS READ A POLICY THAT INCLUDED AN EXEMPTION FOR ANYTHING THAT WAS CONTRAINDICATED AND AFTER I REMINDED HIM IT WAS CONTRAINDICATED. ALL OF THIS WAS VIDEO RECORDED.

11. SINCE THE ASSAULT AND INJECTION OF AN UNKNOWN LIQUID I HAVE BEEN SICK WITH FLU LIKE SYMPTOMS 3 TIMES AND PNEUMONIA FOR 14 DAYS.

12. I HAD NOT BEEN SICK IN THE PREVIOUS 25 YEARS.

13. I CONSIDER MY COMPROMISED IMMUNE SYSTEM DIRECTLY LINKED TO THE INJECTION PUT INTO MY BODY WITHOUT MY CONSENT AND BY FORCE BY FCI-MEMPHIS STAFF.

14. In February of 2020, I went to the clinic with sever flu symptoms, while sitting on the floor with my head covered to block the light and sound and to stay warm when Mr. Boykins yelled at me to move. I did. Then he demanded I remove my coat. As I was moving to sit up, Mr. Boykins hit me in the head and snatched my coat off of me.

15. On 8/28/2020 I was advised FCI-Memphis was going to forcably inject me again with the Avartis TD chemical which know contains 2 known carcenogenics, "tween 80 and phenol" despite my medical contraindications and the reaction caused by the last one.

16. My complaints to all levels of administration have been ignored for (1) year. Further affiant sayth not. Pursuant to 28 U.S.C. 1746, I declare that the foregoing is true and accurate. ✓ ... All rights reserved 8/31/2020

Ambassador Mike Parsons

NOTARY

In Shelby County Tennessee, this ____ day of ____ 2020, before me personally appears Ambassador Mike Parsons, to me known to be the living man described herein who executed the forgoing instrument and was sworn before me that he executed the same as his free will act and deed.

_____
NOTARY
My Commission Expires _____

2 of 2