# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

MIKE PARSONS,
a/k/a MICHAEL WAYNE PARSONS

    Plaintiff,

v.                                             Case No. 2:20-cv-02681-MSN-tmp

UNITED STATES OF AMERICA, ET AL.,

    Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's *pro se* Complaint (ECF No. 1), filed September 8, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order Denying Leave to Proceed *In Forma Pauperis*; Dismissing Case Without Prejudice; and Assessing $400 Civil Filing Fee, (ECF No. 4), entered on December 17, 2020, dismissing this matter without prejudice, all claims against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

APPROVED: *s/ Mark S. Norris*
                MARK S. NORRIS
                UNITED STATES DISTRICT JUDGE

DATE:        December 17, 2020